IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

OMAR ALSHMARI

Criminal No. 26-63-2

**[UNDER SEAL]**

ARRAIGNMENT PLEA

Defendant OMAR ALSHMARI

being arraigned, pleads _Not guilty_

in open Court this _30th_ day of

_March_ , 20 _26_

_____
(Defendant's Signature)

_____
(Attorney for Defendant)