IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ABRAHAM CHOUDHRY
a/k/a "Abe"

Criminal No. 26-63-3

**[UNDER SEAL]**

ARRAIGNMENT PLEA

Defendant ABRAHAM CHOUDHRY

being arraigned, pleads _NOT GUILTY_

in open Court this _30 TH_ day of

_MARCH_ , 20 _26_

_____
(Defendant's Signature)

_____
(Attorney for Defendant)