IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

EMIRHAN ARSLAN
a/k/a "Emir"

Criminal No. 26-63-4

**[UNDER SEAL]**

## ARRAIGNMENT PLEA

Defendant EMIRHAN ARSLAN

being arraigned, pleads ___Not Guilty___

in open Court this ___30th___ day of

___March___, 20 _26_.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)