IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ADEEL PIRACHA
a/k/a "Adel"

Criminal No. 26-63-6

**[UNDER SEAL]**

<u>ARRAIGNMENT PLEA</u>

Defendant ADEEL PIRACHA

being arraigned, pleads ___NOT GUILTY___

in open Court this ___30th___ day of

___March___, 20 _26_

___Adeel Piracha___
(Defendant's Signature)

_____
(Attorney for Defendant)