IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                                      Criminal No. 26-63

ADEEL PIRACHA

RECEIPT FOR LOCAL CRIMINAL RULE 16 MATERIAL

The following materials are provided to you pursuant to Local Criminal Rule 16 of the Local Rules of Court for the United States District Court of Western Pennsylvania:

1.    Relevant written or recorded statements or confessions of the defendant.  Specify:

**See attached file list. Please contact the assigned prosecutor to discuss the review of any item that is referenced in the material that is being provided with this receipt as well as any items that may have been seized or other items in the Government's files.**

2.    Grand Jury testimony of the defendant.  Specify:

**See attached file list. Please contact the assigned prosecutor to discuss the review of any item that is referenced in the material that is being provided with this receipt as well as any items that may have been seized or other items in the Government's files.**

3.    Defendant's prior criminal record attached.

☒ Yes          ☐ No

4.    At a time convenient to all parties, the attorney for the defendant will be permitted to inspect and copy all tangible objects, books, papers, documents, buildings or places which are in the possession, custody or control of the government and (a) are material to preparation of defendant's defense, (b) are intended for use by the government as evidence in chief at trial, or (c) were obtained from or belong to the defendant.

**See attached file list. Please contact the assigned prosecutor to discuss the review of any item that is referenced in the material that is being provided**

**with this receipt as well as any items that may have been seized or other items in the Government's files.**

5.   Reports of relevant physical or mental examinations and scientific tests.  Specify:

   **N/A**

6.   As set forth in applicable case authority, counsel for the government recognizes his/her obligation to seek all evidence favorable to the defendant which is known to the others acting on the government's behalf in this case, and will timely disclose known, material, favorable evidence in a manner which accords due process to the defendant.  The following exculpatory material is being disclosed at this time:

   **N/A**

7.   In light of the above disclosures, the government requests reciprocal discovery pursuant to Federal Rule of Criminal Procedure 16(b)(1)(A), (B) and (C).

                              Respectfully submitted,

                              TROY RIVETTI
                              United States Attorney

                              /s/ Carl J. Spindler
                              Assistant U.S. Attorney

                              April 1, 2026
                              Date

On behalf of the defendant, I hereby request discovery and acknowledge receipt:

Jon Pushinsky
Counsel for Defendant

Date

Original to Magistrate
Copy for Defendant and USA