IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 26-63 |
| | ) | |
| ADEEL PIRACHA, | ) | Judge Cathy Bissoon |
| | ) | |
| Defendant | ) | |

**DEFENDANT ADEEL PIRACHA'S MOTION FOR LEAVE
TO A FILE DOCUMENT UNDER SEAL**

COMES NOW, Defendant Adeel Piracha, by his lawyer Jon Pushinsky, and, submits the

instant request for leave to file a document under seal.  The following matters are brought to the

court's attention in support of this Motion:

1.      In March 25, 2026, Defendant Adeel Piracha was charged by indictment with one

count of conspiring to obstruct the administration of justice and one count of obstructing the

administration of justice.  Five co-defendants are named in the conspiracy charge.

2.      Mr. Piracha was released from custody on an unsecured appearance bond.

3.      Mr. Piracha intends to file a motion for leave to travel out of the jurisdiction for a

prepaid family vacation.

4.      Public disclosure of the dates and details of the Piracha family's prepaid travel

plans may pose risks to the Piracha's and/or their property.

5.      Mr. Piracha would like to submit the details of his prepaid family vacation plans

as a sealed exhibit to his motion for leave to travel out of the jurisdiction, with access to the

exhibit by the U.S. Attorney's Office and the U.S. Probation/Pretrial Services Office.

WHEREFORE, Defendant Adeel Piracha requests that an Order be entered permitting him to file an exhibit to his planned motion for leave to travel out of the jurisdiction under seal, and directing defense counsel to provide copies of the sealed exhibit to the AUSA primarily responsible for prosecuting the instant case and the U.S. Probation/Pretrial Services Officer assigned to Mr. Piracha's case.

Respectfully submitted,


S/ Jon Pushinsky
Jon Pushinsky
Pa. I.D. No. 30434
1408 Law and Finance Building
429 Fourth Avenue
Pittsburgh, PA 15219
(412) 281-6800

Lawyer for Defendant