IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 26-63 |
| | ) | |
| ADEEL PIRACHA, | ) | Judge Cathy Bissoon |
| | ) | |
| Defendant | ) | ███████████████ |

**EXHIBIT TO MOTION OF ADEEL PIRACHA FOR LEAVE
TO TRAVEL OUT OF THE JURISDICTION FOR A PREPAID FAMILY TRIP**

COMES NOW, Defendant Adeel Piracha, by his lawyer, Jon Pushinsky, and states as follows:

1.      Prior to being notified of the indictment in the above captioned case, he made arrangements to travel with a number of family members for a ███████ trip to ███████ 2026.

2.      All ███████ reservations were paid for before Mr. Piracha's indictment.

3.      Mr. Piracha's lifelong home is in the Western District of Pennsylvania and he fully intends to return to Allegheny County, Pennsylvania, at the end of his trip.

4.      Mr. Piracha will be traveling with ████████████████████████ ██████████████████████████████████.

5.      The plan is for Mr. Piracha to ████████████████████████ ███ Mr. Piracha will first ████████████████████████ ████████████████.

6.      The family will stay ████████████████████████

████████████████████████████████████████████

████████████ (The precise locations of the various places the family will stay can be given

to the U.S. Probation/Pretrial Services Office if the motion to travel is granted).

7.        Mr. Piracha will return ████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████ .


Respectfully submitted,


S/ Jon Pushinsky
Jon Pushinsky
Pa. I.D. No. 30434
1408 Law and Finance Building
429 Fourth Avenue
Pittsburgh, PA 15219
(412) 281-6800