# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,      )

                          )      2:26-cr-00063-CB-5

         v.              )

                          )      Chief Judge Cathy Bissoon

ALI ALKHALEEL,            )

                          )

        Defendant.     )

## CHANGE OF PLEA

AND NOW, this 6th day of August, 2026, Defendant ALI ALKHALEEL,

withdraws his plea of not guilty and pleads guilty in open court to Counts

2 and 6 of the Indictment.


_____

(Defendant's Signature)

_____

(Signature of Attorney for Defendant)