**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA )
)
)
)
) 2:26-cr-00063-CB-5
v. )
)
ALI ALKHALEEL )
)
)
Defendant. )

Hearing Type: CHANGE OF PLEA

Date: 8/6/26

Before: Chief Judge Cathy Bissoon

| | |
|---|---|
| Counsel for Government | Morgan Amelia Camerlo |
| Counsel for Defendant | Adam R. Gorzelsky |
| Court Reporter | Marsia Balobeck |
| Law Clerk | BSB |
| Start time | 10:06 AM |
| End time | 10:36 AM |

**SUMMARY OF PROCEEDINGS:**

Defendant sworn. Hearing held. Defendant plead guilty to Counts 2 and 6 of the Indictment. $200 special assessment imposed, and presentence order to follow. Defendant to remain on bond pending sentencing.